MARSH FURNITURE COMPANY and Cumberland Metals, Inc., Appellants,

v.

CENTRAL BANK AND TRUST COMPANY, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

* Opinion ordered not to be published.

**106**

H. B. Kinsolving, III, Lucian L. Kinsolving, Shelbyville, Kinsolving & Kinsolving, Shelbyville, Allen Schmitt, Louisville, Rudy Yessin, Frankfort, for appellants.

David T. Enlow, Kincaid, Wilson, Schaeffer, Trimble & Hembree, Lexington, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*